

Frank L. Kurtz
Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

SAHIBPAL CORPORATION,

Debtor-in-Possession.

)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 16-00814-FLK12**

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

THIS MATTER having come on regularly for hearing before the Honorable Frank L. Kurtz, United States Bankruptcy Judge for the Eastern District of Washington, by telephone conference on July 19, 2016, the Debtors appearing by and through their attorney of record, Donald A. Boyd, of Carlson Boyd, PLLC, the Chapter 12 Trustee, Virginia Burdette, appearing in person and by written report,

FINDINGS OF FACT AND
CONCLUSIONS OF LAW

CARLSON BOYD PLLC
230 S.2ND ST., SUITE 202
YAKIMA, WASHINGTON 98901
PHONE (509) 834-6611

and other counsel appearing for various creditors as indicated by the Clerk's minutes, and the Court having considered the Declaration of Gurmeet Dhanoyia on behalf of the Debtor, the exhibits and evidence in support of the Order Confirming the Debtors' Chapter 12 Plan, the Court now makes the following:

## FINDINGS OF FACT

1. The Plan complies with the provisions of the Chapter 12 and with the other applicable provisions of Title 11, U.S. Code;

2. Any fee, charge or amount required under Chapter 12 of Title 28, U.S. Code, or by the Plan, to be paid before confirmation has been paid.

3. The Plan has been proposed in good faith and not by any means forbidden by law;

4. The value, as of the effective date of the Plan, of the property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtors were liquidated under Chapter 7, Title 11, U.S. Code, on such date. The Plan, as proposed, pays all allowed unsecured claims in full;

5. The holder of each allowed secured claim has accepted the Plan. The Court having entered its Findings of Fact, now enters the following:

## CONCLUSIONS OF LAW

1. The Plan complies with the provisions of Chapter 12 and other applicable provisions of Title 11, U.S. Code; and

CARLSON BOYD PLLC
230 S.2ND ST., SUITE 202
YAKIMA, WASHINGTON 98901
PHONE (509) 834-6611

FINDINGS OF FACT AND
CONCLUSIONS OF LAW

2. The Court should confirm the Debtors' Chapter 12 Plan filed June 10, 2016 and identified as Debtor's First Chapter 12 Plan.

/////End of Findings of Fact and Conclusions of Law///

Presented by:

_Donald A. Boyd_
DONALD A. BOYD, WSBA No. 17376
Carlson Boyd, PLLC
Attorneys for Sahibpal Corporation

X:\SAHIBPAL CORP -21576\Bankruptcy - Ch. 12-2016002\Pleadings\Drafts\Order Confirming Plan\Findings of Fact Conclusions of Law.docx

**CARLSON BOYD PLLC**
230 S.2ND ST., SUITE 202
YAKIMA, WASHINGTON 98901
PHONE (509) 834-6611